

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

September 5, 1973

Honorable Jimmy Morris
Criminal District Attorney
Navarro County
Corsicana, Texas 75110

Dear Mr. Morris:

Opinion No. H- 96

Re:   Whether commissioners
      court may pay district
      judge an amount in excess
      of that specified in Article
      6819a-35

You have requested our opinion on the following question:

"Article 6819a-35 provides 'Sec. 2. In addition
to the compensation provided by law and paid by the
state, the Commissioners Court of Navarro County
shall pay the district judge of the 13th Judicial District,
Four Thousand Dollars ($4,000) per annum for perfor-
ming the duties of judge of the juvenile court.'

"I respectfully request your opinion as to whether
the Commissioners Court of Navarro County would be
precluded from paying the district judge of Navarro
County a sum in excess of $4,000.00 per annum under
this statute."

Article 5 § 7 of the Constitution of the State of Texas provides that a
district judge "shall receive for his services an annual salary to be fixed by
the Legislature". In our opinion this provision requires that salaries of
district judges be established by the Legislature. Accordingly, $4,000 is
established by the Legislature as the additional compensation for district
judges in Navarro County (Article 6819a-35) for performing the duties of
judge of the juvenile court.

We believe that the statute establishes both a minimum and a maximum
additional salary for performing such duties. Accordingly, your question is
answered in the negative.

## SUMMARY

The commissioners court of Navarro County
must pay the district judge no more and no less than
$4,000 per annum as provided by § 2 of Article 6819a-35,
V. T. C. S. , for performing the duties of judge of the
juvenile court.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

LARRY F. YORK, First Assistant

DAVID M. KENDALL, Chairman
Opinion Committee